IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**THE ESTATE OF JESSIE LEE WILLIAMS, JR., DECEASED, BY AND THROUGH HIS NEXT FRIEND AND LEGAL REPRESENTATIVE, TERRY WILLIAMS, ADMINISTRATOR OF THE ESTATE OF JESSIE LEE WILLIAMS JR.**                     **PLAINTIFF**

**V.**                     **CIVIL ACTION NO. 1:06cv196LG-RHW**

**HARRISON COUNTY, MISSISSIPPI, ET AL**                     **DEFENDANTS**

## JOINDER IN MOTION TO STAY PROCEEDINGS

Defendant American Correctional Association, through its attorneys, files this its Joinder in Motion to Stay Proceedings, and in support would show the following:

1.    Defendant George Payne, Jr., in his official and individual capacities as Sheriff of Harrison County, has filed a Motion to Stay Proceedings and for Additional Time to Answer Amended Complaint, stating that the February 4, 2006 incident which is the subject of this action is currently under criminal investigation by the Mississippi Bureau of Investigation and the Federal Bureau of Investigation, and that the pendency of those investigations will impede discovery in the civil action and prevent a resolution of the plaintiff's claims against certain defendants.

2.    A stay as to some but not all defendants would lead to inefficient, piecemeal litigation. This action should be stayed as to all defendants until such time as any criminal proceedings related to this incident have been fully resolved.

3.    American Correctional Association appears only to join in the motion to stay proceedings, and by appearing does not waive any rights or defenses to which it would otherwise be entitled.

Dated: July 12, 2006.

          Respectfully submitted,

          AMERICAN CORRECTIONAL ASSOCIATION

          By: /s/ Brooks Eason
              Brooks Eason (MSB # 5286)
              Candy Burnette (MSB # 100582)

**OF COUNSEL:**

McGLINCHEY STAFFORD PLLC
Suite 1100, City Centré South
200 South Lamar Street (Zip 39201)
Post Office Box 22949
Jackson, Mississippi 39225
Telephone: (601) 960-8400
Facsimile: (601) 960-3520

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to the following:

Michael W. Crosby, Esq.
michaelwcrosby@bellsouth.net

Joseph R. Meadows, Esq.
jmeadows@datasync.com

Cyril T. Faneca, Esq.
cy@ddkf.com

Robert W. Smith, Esq.
rwsmithatty@bellsouth.net

James B. Halliday, Esq.
JBHALLIDAYESQ@earthlink.net

Walter T. Johnson, Esq.
wjohnson@watkinseager.com

Lindy Denise Brown, Esq.
lbrown@watkinseager.com

Karen J. Young, Esq.
kyoung@datasync.com

John H. Whitfield, Esq.
johnwhitfield@bellsouth.net

Jeffrey S. Bruni, Esq.
jbruni@ci.gulfport.ms.us

James L. Davis, III
JamesLDavisIII@aol.com

Dated: July 12, 2006.

/s/ Brooks Eason
Of Counsel

201914.1