

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

Terry Williams                                                                 PLAINTIFF

VERSUS                          CIVIL ACTION NO. 1:06cv196-LG-RHW

Harrison County, Mississippi, *et al*                          DEFENDANTS

## MOVANT GEORGE PAYNE'S EXHIBIT LIST

| NO. | DESCRIPTION | SPONSOR | ID | EVID |
|---|---|---|---|---|
| GP-1 | Transcript of Chancery Court proceeding | | | 7/14/06 |
| GP-2 | Copies of newspaper articles stating there is a criminal investigation | | | 7/14/06 |