**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**SOUTHERN DIVISION**

**THE ESTATE OF JESSIE LEE**
**WILLIAMS, JR., DECEASED, BY**
**AND THROUGH HIS NEXT**
**FRIEND AND LEGAL REPRESENTATIVE,**
**TERRY WILLIAMS, ADMINISTRATOR**
**OF THE ESTATE OF JESSIE LEE WILLIAMS, JR.**                    **PLAINTIFF**


**VS.**                                          **CIVIL ACTION NO.: 1:06cv196LG-RHW**


**HARRISON COUNTY, MISSISSIPPI,** *et al.*                         **DEFENDANTS**


NOTICE OF DEPOSITION

**TO:  ALL COUNSEL OF RECORD**

YOU ARE HEREBY NOTIFIED that the undersigned counsel for the plaintiff will take the video

deposition of Former Harrison County Warden, Harrison County Sheriff's Department Major

**Dianne Gaston-Riley**, on the 10th day of October, 2006, before a duly authorized officer authorized

to take and record such testimony pursuant to Federal Rule of Civil Procedure 30.  The deposition

will commence at 9:00 a.m. at the Law Offices of John H. Whitfield, 181 Lameuse Street Biloxi,

Mississippi, and will continue thereafter until the same is completed.  You are invited attend.

SO NOTICED, this the 28th day of September, 2006.

                              s/ John H. Whitfield
                    By:    JOHN H. WHITFIELD
                           John H. Whitfield, (MS Bar # 7162)
                           P.O. Box 351
                           Biloxi, MS 39533-0351
                           228-432-7676 (phone)
                           228-432-8998 (fax)
                           email:  johnwhitfield@bellsouth.net

## CERTIFICATE OF SERVICE

I, John H. Whitfield, do hereby certify that on September 28, 2006, I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to the following:

Lindy Denise Brown   lbrown@watkinseager.com
Jeffrey S. Bruni      jbruni@ci.gulfport.ms.us, khale@ci.gulfport.ms.us
Cyril T. Faneca       Cy@ddkf.com, Mary@ddkf.com, Peggy@ddkf.com;
                      BRLong@ddkf.com, Ozerden@ddkf.com, hbroom@ddkf.com
Joseph R. Meadows     jmeadows@datasync.com, ritapls@datasync.com
Robert W. Smith       rwsmithatty@bellsouth.net, smtbabs@aol.com
Karen Jobe Young      kyoung@datasync.com, ritapls@datasync.com

This the 28th day of September, 2006.

s/ John H. Whitfield
By:  John H. Whitfield, Attorney for the Defendant
     John H. Whitfield, (MS Bar # 7162)
     P.O. Box 351
     Biloxi, MS 39533-0351
     228-432-7676 (phone)
     228-432-8998 (fax)
     email address: johnwhitfield@bellsouth.net

     MICHAEL W. CROSBY, (MS BAR# 7888)
     2111 25TH AVENUE
     GULFPORT, MISSISSIPPI 39501
     228-865-0313 (phone)
     228-865-0337 (fax)
     email address: michaelwcrosby@bellsouth.net