IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

THE ESTATE OF JESSIE LEE
WILLIAMS, JR., DECEASED, BY
AND THROUGH HIS NEXT
FRIEND AND LEGAL REPRESENTATIVE,
TERRY WILLIAMS, ADMINISTRATOR
OF THE ESTATE OF JESSIE LEE WILLIAMS, JR.                PLAINTIFF

VS.                         CIVIL ACTION NO.: 1:06cv196LG-RHW

HARRISON COUNTY, MISSISSIPPI, *et al.*                   DEFENDANTS

NOTICE OF DEPOSITION

TO:  ALL COUNSEL OF RECORD

YOU ARE HEREBY NOTIFIED that the undersigned counsel for the plaintiff will take the video deposition of Harrison County Sheriff's Department **Captain Phil Taylor** on the 10th day of October, 2006, before a duly authorized officer authorized to take and record such testimony pursuant to Federal Rule of Civil Procedure 30.  The deposition will commence at 1:30 p.m. at the Law Offices of John H. Whitfield, 181 Lameuse Street Biloxi, Mississippi, and will continue thereafter until the same is completed.  You are invited attend.

SO NOTICED, this the 28th day of September, 2006.

                                        s/ John H. Whitfield
By:   JOHN H. WHITFIELD
       John H. Whitfield, (MS Bar # 7162)
       P.O. Box 351
       Biloxi, MS 39533-0351
       228-432-7676 (phone)
       228-432-8998 (fax)
       email: johnwhitfield@bellsouth.net

**CERTIFICATE OF SERVICE**

      I, John H. Whitfield, do hereby certify that on September 28, 2006, I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to the following:

| | |
|---|---|
| Lindy Denise Brown | lbrown@watkinseager.com |
| Jeffrey S. Bruni | jbruni@ci.gulfport.ms.us, khale@ci.gulfport.ms.us |
| Cyril T. Faneca | Cy@ddkf.com, Mary@ddkf.com, Peggy@ddkf.com; BRLong@ddkf.com, Ozerden@ddkf.com, hbroom@ddkf.com |
| Joseph R. Meadows | jmeadows@datasync.com, ritapls@datasync.com |
| Robert W. Smith | rwsmithatty@bellsouth.net, smtbabs@aol.com |
| Karen Jobe Young | kyoung@datasync.com, ritapls@datasync.com |

This the 28th day of September, 2006.

                                                  s/ John H. Whitfield
By:  John H. Whitfield, Attorney for the Defendant
      John H. Whitfield, (MS Bar # 7162)
      P.O. Box 351
      Biloxi, MS 39533-0351
      228-432-7676 (phone)
      228-432-8998 (fax)
      email address: johnwhitfield@bellsouth.net

      MICHAEL W. CROSBY, (MS BAR# 7888)
      2111 25TH AVENUE
      GULFPORT, MISSISSIPPI 39501
      228-865-0313 (phone)
      228-865-0337 (fax)
      email address: michaelwcrosby@bellsouth.net