IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

THE ESTATE OF JESSIE LEE
WILLIAMS, JR., DECEASED, BY
AND THROUGH HIS NEXT
FRIEND AND LEGAL REPRESENTATIVE,
TERRY WILLIAMS, ADMINISTRATOR
OF THE ESTATE OF JESSIE LEE WILLIAMS, JR.                    PLAINTIFF

VS.                        CIVIL ACTION NO.: 1:06cv196LG-RHW

HARRISON COUNTY, MISSISSIPPI, *et al.*                       DEFENDANTS

## MOTION TO PROCEED WITH DISCOVERY

COMES NOW the Plaintiff in the above styled and numbered civil action, by and through his counsel of record, who files this his Motion to Proceed with Discovery. The sixty (60) day stay imposed by this Honorable Court has expired and no party has requested that same be extended. Therefore, the Plaintiff moves that he be granted permission to proceed with discovery herein.

WHEREFORE, PREMISES CONSIDERED, the Plaintiff prays that this Honorable Court will grant him leave to proceed will discovery in this civil.

RESPECTFULLY SUBMITTED, this the 28th day of September, 2006.

                s/ John H. Whitfield
By:    JOHN H. WHITFIELD
        John H. Whitfield, (MS Bar # 7162)
        P.O. Box 351
        Biloxi, MS 39533-0351
        228-432-7676 (phone)
        228-432-8998 (fax)
        email: johnwhitfield@bellsouth.net

## CERTIFICATE OF SERVICE

I, John H. Whitfield, do hereby certify that on September 28, 2006, I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to the following:

| | |
|---|---|
| Lindy Denise Brown | lbrown@watkinseager.com |
| Jeffrey S. Bruni | jbruni@ci.gulfport.ms.us, khale@ci.gulfport.ms.us |
| Cyril T. Faneca | Cy@ddkf.com, Mary@ddkf.com, Peggy@ddkf.com; BRLong@ddkf.com, Ozerden@ddkf.com, hbroom@ddkf.com |
| Joseph R. Meadows | jmeadows@datasync.com, ritapls@datasync.com |
| Robert W. Smith | rwsmithatty@bellsouth.net, smtbabs@aol.com |
| Karen Jobe Young | kyoung@datasync.com, ritapls@datasync.com |

This the 28th day of September, 2006.

                s/ John H. Whitfield
By: John H. Whitfield, Attorney for the Defendant
John H. Whitfield, (MS Bar # 7162)
P.O. Box 351
Biloxi, MS 39533-0351
228-432-7676 (phone)
228-432-8998 (fax)
email address: johnwhitfield@bellsouth.net

MICHAEL W. CROSBY, (MS BAR# 7888)
2111 25TH AVENUE
GULFPORT, MISSISSIPPI 39501
228-865-0313 (phone)
228-865-0337 (fax)
email address: michaelwcrosby@bellsouth.net