

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

JESSE LEE WILLIAMS     PLAINTIFF

VERSUS     CIVIL ACTION NO. 1:06cv196LG-JMR

HARRISON COUNTY, ET AL     DEFENDANTS

## ORDER OF DISMISSAL

The parties having agreed to and announced to the Court a settlement of this case as to Harrison County, MS , Harrison County Sheriff Department, George Payne, Diane Gaston-Riley, Rick Gaston, Phil Taylor, Leah Richardson, Leo De George, Evan Hubbard, David Decelle, Regina Rhodes, Morgan Thompson, Ryan Teel, and Jeremy Mooneyham and the Court being desirous that this matter be finally closed as to these parties on its docket,

IT IS, THEREFORE, ORDERED that this case is hereby dismissed with prejudice as to the parties referenced in this Order. If any party fails to consummate this settlement within (90) days , any aggrieved party may reopen the case for enforcement of the settlement agreement within ten days, and if successful , all additional attorneys' fees and costs from this date shall be awarded such aggrieved party or parties against the party failing to consummate the agreement, The Court specifically retains jurisdiction to enforce the settlement agreement.

SO ORDERED, this the 2nd day of July , 2007.

_____
UNITED STATES MAGISTRATE JUDGE