IN THE UNITED STATES DISTRICT COURT
THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

THE ESTATE OF JESSIE LEE
WILLIAMS, JR., DECEASED, BY
AND THROUGH HIS NEXT FRIEND
AND LEGAL REPRESENTATIVE,
TERRY WILLIAMS, ADMINISTRATOR,
OF THE ESTATE OF JESSIE LEE WILLIAMS, JR.          PLAINTIFF

VS.                                    CIVIL ACTION NO. 1:06CV196LG-JMR

HARRISON COUNTY, MISSISSIPPI, BY AND
THROUGH ITS BOARD OF SUPERVISORS,
ET AL.                                                 DEFENDANTS

## RESPONSE BY DEFENDANT PAT OLSEN
## TO PLAINTIFF'S SECOND MOTION FOR EXTENSION OF TIME

Defendant Pat Olsen opposes Plaintiff's Second Motion For Time Extension (Document #86) and states:

1.

Fifty-Seven days ago on May 21, 2007, Defendant Pat Olsen filed her motion to dismiss or for summary judgment (Document # 67) with supporting memorandum (Document # 68). In summary, Pat Olsen asked the Court to dismiss her because she was not present when Jessie Lee Williams, Jr. was assaulted at the Harrison County Jail and because she cannot be held vicariously liable for the acts or omissions of those persons who were present.

2.

The Court has never granted Plaintiff a time extension to respond to defendant Pat Olsen's motion. The Court has not ruled on Plaintiff's May 29, 2007, motion for a time extension (Document # 70). The June 29, 2007, Text Order Plaintiff references in paragraph 4 of the motion

(Document # 86) does not grant Plaintiff additional time to respond to defendant Pat Olsen's motion. That Text Order, like the prior Text Orders entered on April 24, 2007, and on May 15, 2007, and on May 24, 2007, and on June 12, 2007, extended the deadline for the defendants to file their answer and responsive pleadings. It did not grant Plaintiff additional time to respond to defendant Pat Olsen's motion

3.

Plaintiff now seeks an additional 30 days to respond to defendant Pat Olsen's motion. Defendant Pat Olsen opposes the time extension requests because Plaintiff does not need 87 days to confirm that defendant Pat Olsen was not present when Jessie Lee Williams, Jr. was assaulted.

For the foregoing reasons, defendant Pat Olsen asks the Court to deny Plaintiff's second request for a time extension to respond to Defendant Pat Olsen's motion to dismiss or for summary judgment and supporting memorandum and Defendant Pat Olsen asks the Court to rule on her pending motion as soon as the Court's docket permits.

Respectfully submitted,

**PAT OLSEN**

*s/ Robert H. Pedersen*
Robert H. Pedersen

**OF COUNSEL:**

Walter T. Johnson (MSB #8712)
Lindy D. Brown (MSB #101263)
Robert H. Pedersen (MSB #4084)
WATKINS & EAGER PLLC
The Emporium Building
400 East Capitol Street, Suite 300
P. O. Box 650
Jackson, Mississippi 39205
Phone: (601) 948-6470
Fax:    (601) 354-3623

2

wjohnson@watkinseager.com
lbrown@watkinseager.com
bpedersen@watkinseager.com

    *Attorneys for Pat Olsen*

Robert W. Smith, Esq.
918 Porter Avenue
Ocean Springs, MS 39564

    *Attorney for Pat Olsen*

## CERTIFICATE OF SERVICE

    I, Robert H. Pedersen, as counsel for the defendant Pat Olsen, hereby certify that I have this day electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to the following:

    Michael W. Crosby
    2111 25th Avenue
    Gulfport, MS 39501
        *Attorney for Plaintiff*

    John H. Whitfield
    The Law Office of John Whitfield
    P.O. Box 351
    Biloxi, MS 39533
        *Attorney for Plaintiff*

    Joseph Meadows
    Karen Jobe Young
    Meadows Riley Law Firm
    Post Office Drawer 550
    Gulfport, MS 39502
        *Attorney for Harrison County, Mississippi*

    Cyril T. Faneca
    Dukes, Dukes, Keating & Faneca
    P.O. Drawer W
    Gulfport, MS 39502
        *Attorney for George Payne*

    Benjamin U. Bowden
    VAUGHN BOWDEN & WOOTEN PA
    P.O. Drawer 240

Gulfport, MS  39502-0240
    *Attorney for Evan Hubbard*

James Bailey Halliday
P. O. Box 6783
Gulfport, MS  39502
    *Attorney for Regina Rhodes*

James L. Davis, III
P. O. Box 1839
Gulfport, MS  39502-1839
    *Attorney for Ryan Teel*

Robert W. Smith
918 Porter Avenue
Ocean Springs, MS  39564
    *Attorney for Pat Olsen*

George D. Hembree, III
MCGLINCHEY STAFFORD
P. O. Drawer 22949
Jackson, MS  39225-2949
    *Attorney for American Correctional Association*

Jeffrey S. Bruni
Assistant Gulfport City Attorney
Post Office Box 1780
Gulfport, MS  39502
    *Attorney for City of Gulfport, Mississippi*

William E. Whitfield, III
Bryant, Dukes & Blakeslee, P.L.L.C.
P.O. Box 10
Gulfport, MS 39502-0010
    *Attorney for Kelly Knight*

THIS, the 17th day of July, 2007.

                                                  *s/ Robert H. Pedersen*
                                                     Robert H. Pedersen