IN THE UNITED STATES FEDERAL DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

THE ESTATE OF JESSIE LEE
WILLIAMS, JR., DECEASED, BY
AND THROUGH HIS NEXT FRIEND
AND LEGAL REPRESENTATIVE,
TERRY WILLIAMS, ADMINISTRATOR,
OF THE ESTATE OF JESSIE LEE WILLIAMS, JR.         PLAINTIFF

VS.                         CIVIL ACTION NO. 1:06CV196LG-RHW

HARRISON COUNTY, MISSISSIPPI, BY AND
THROUGH ITS BOARD OF SUPERVISORS,
ET AL.                                            DEFENDANTS

## ORDER OF DISMISSAL WITH PREJUDICE

THIS CAUSE having come before the Court this day to be heard on the *ore tenus* motion of Plaintiff, The Estate of Jessie Lee Williams, Deceased, by and Through His Next Friend and Legal Representative, Terry Williams, Administrator of the Estate of Jessie Lee Williams, Jr., to voluntarily dismiss the herein referenced cause of action filed against Defendants Pat Olsen and Health Assurance, LLC., and the Court being completely advised that the parties have resolved this matter to their mutual satisfaction, is of the opinion that Plaintiff's voluntary motion to dismiss with prejudice Defendants Pat Olsen and Health Assurance, LLC. should be granted.

IT IS, THEREFORE, ORDERED AND ADJUDGED that the cause of action herein filed against Defendants Pat Olsen and Health Assurance, LLC shall be dismissed with prejudice as to all parties with each party bearing their own costs.

SO ORDERED AND ADJUDGED this the 6th day of November 2007.

s/ *Louis Guirola, Jr.*
Louis Guirola, Jr.
United States District Judge

Submitted by:

/s/ Michael Crosby
Michael W. Crosby
2111 25th Avenue
Gulfport, MS 39501
*Attorney for Plaintiff*