IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT MISSISSIPPI
SOUTHERN DIVISION

THE ESTATE OF JESSIE LEE WILLIAMS, JR., DECEASED,
BY AND THROUGH HIS NEXT FRIEND AND
LEGAL REPRESENTATIVE, TERRY WILLIAMS,
ADMINISTRATOR OF THE ESTATE OF
JESSIE LEE WILLIAMS, JR.                                                     PLAINTIFFS

VS.                                                     CAUSE NO.: 1:06cv196-LG-JMR

HARRISON COUNTY, MS; EVAN HUBBARD;
HEALTH ASSURANCE, LLC; PAT OLSON;
CITY OF GULFPORT, MS; AMERICAN CORRECTIONAL
ASSOCIATION; RYAN TEEL; GEORGE PAYNE;
REGINA RHODES; DIANE GASTON-RILEY;
RICK GASTON; PHIL TAYLOR; LEAH RICHARDSON;
LEO DEGEORGE; MORGAN THOMPSON;
JEREMY MOONEYHAM; and KELLY KNIGHT                                    DEFENDANT

## ORDER OF DISMISSAL OF THE CITY OF GULFPORT AND KELLY KNIGHT

This cause is here before this Court on Joint Motion, *ore tenus*, of the Plaintiff, Terry Williams, and the Defendants, the City of Gulfport and Kelly Knight, for dismissal of the above styled and numbered cause as and against the City of Gulfport and Kelly Knight, pursuant to the provisions of Rule 41(a)(2), Federal Rules Civ. Proc., with prejudice, and this Court, being fully advised in the premises, and noting the approval of the affected parties through their counsel hereon, this Court finds that the Joint Motion is well taken and is hereby granted.

It is, therefore,

ORDERED AND ADJUDGED that the claim of the Plaintiff, Terry Williams, for and on behalf of the Estate and the Wrongful Death Beneficiaries of Jessie Lee Williams, Jr. hereinabove as against

the City of Gulfport and Kelly Knight, be and the same are hereby dismissed, with prejudice, with each party bearing their own costs.

SO ORDERED AND ADJUDGED this the 21st day of January, 2007.

_____
UNITED STATES DISTRICT JUDGE

APPROVED:

_____
MICHAEL W. CROSBY, Esq.
Attorney for Plaintiff, Terry Williams

_____
JEFFREY S. BRUNI, Esq.
Attorney for the City of Gulfport

_____
WILLIAM E. WHITFIELD III, Esq.
Attorney for Defendant, Kelly Knight