IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

ESTATE OF JESSIE LEE WILLIAMS, JR.                                              PLAINTIFF

VERSUS                                                   CIVIL ACTION NO. 1:06cv196LG-JMR

AMERICAN CORRECTIONAL ASSOCIATION                                    DEFENDANT

SUMMARY JUDGMENT

This matter is before the Court on the motion of the defendant, American Correctional Association [ACA] to dismiss [79-1] pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, for failure to state a claim upon which relief can be granted, or in the alternative, for summary judgment pursuant to Rule 56 of the Federal Rules of Civil Procedure. Pursuant to the Memorandum Opinion entered in this cause, this date, incorporated herein by reference, it is therefore,

**ORDERED AND ADJUDGED** that ACA's motion to dismiss [79-1] be, and is hereby, converted to a motion for summary judgment.  It is further,

**ORDERED AND ADJUDGED** that ACA's motion for summary judgment [79-1] based on all claims asserted against this defendant be, and is hereby, granted.  It is further,

**ORDERED AND ADJUDGED** that each party bear their respective costs associated with these motions.

**SO ORDERED AND ADJUDGED** this the 27th day of January, 2008.

s/ *Louis Guirola, Jr.*
LOUIS GUIROLA, JR.
UNITED STATES DISTRICT JUDGE