AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

____SOUTHERN____ District of ____MISSISSIPPI____

ESTATE OF JESSIE LEE WILLIAMS, JR.

V.

HARRISON COUNTY, MISSISSIPPI, ET AL.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: **1:06cv196LG-RHW**

TO: (Name and address of Defendant)

**HARRISON COUNTY c/o CONNIE ROCKO, PRESIDENT**
**Harrison County Board of Supervisors**
**1801 23rd**
**Gulfport, MS 39501**

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Michael W. Crosby (MS Bar No. 7888)
2111 25th Avenue
Gulfport, Mississippi 39501
telephone: 228-863-0313/fax: 228-865-0337

an answer to the complaint which is served on you with this summons, within **20** days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. T. NOBLIN                                    4/7/06
CLERK                                           DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

SOUTHERN District of MISSISSIPPI

ESTATE OF JESSIE LEE WILLIAMS, JR.

**SUMMONS IN A CIVIL ACTION**

V.

HARRISON COUNTY, MISSISSIPPI, ET AL

CASE NUMBER: **1:06cv196LG-RHW**

TO: (Name and address of Defendant)

GEORGE PAYNE
SHERIFF OF HARRISON COUNTY, MS
10451 LARKIN I. SMITH ROAD
GULFPORT, MS 39503

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

**Michael W. Crosby (MS Bar No. 7888)
2111 25th Avenue
Gulfport, Mississippi 39501
telephone: 228-863-0313/fax: 228-865-0337**

an answer to the complaint which is served on you with this summons, within **20** days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. T. NOBLIN

4/7/06

CLERK

DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

SOUTHERN District of MISSISSIPPI

ESTATE OF JESSIE LEE WILLIAMS, JR.

V.

HARRISON COUNTY, MISSISSIPPI, ET AL.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: **1:06cv196LG-RHW**

TO: (Name and address of Defendant)

**HARRISON COUNTY SHERIFF'S DEPARTMENT**

c/o Sheriff George Payne
Harrison County Adult Detention Facility
10451 Larkin I. Smith Drive
Gulfport, MS 39503

c/o Sheriff George Payne
Harrison County 1st Judicial Courthouse
1801 23rd Avenue
Gulfport, MS 39501

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Michael W. Crosby (MS Bar No. 7888)
2111 25th Avenue
Gulfport, Mississippi 39501
telephone: 228-863-0313/fax: 228-865-0337

an answer to the complaint which is served on you with this summons, within **20** days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. T. NOBLIN                                               4/7/06

CLERK                                                       DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

SOUTHERN District of MISSISSIPPI

ESTATE OF JESSIE LEE WILLIAMS, JR.

V.

HARRISON COUNTY, MISSISSIPPI, ET AL.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: **1:06cv196LG-RHW**

TO: (Name and address of Defendant)

**CITY OF GULFPORT
MAYOR BRENT WARR
2309 15th Street
Gulfport, MS 39501**

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Michael W. Crosby (MS Bar No. 7888)
2111 25th Avenue
Gulfport, Mississippi 39501
telephone: 228-863-0313/fax: 228-865-0337

an answer to the complaint which is served on you with this summons, within **20** days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. T. NOBLIN

CLERK

(By) DEPUTY CLERK

DATE 4/7/06

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

SOUTHERN _____ District of _____ MISSISSIPPI

ESTATE OF JESSIE LEE WILLIAMS, JR.

**SUMMONS IN A CIVIL ACTION**

V.

HARRISON COUNTY, MISSISSIPPI, ET AL

CASE NUMBER: **1:06cv196LG-RHW**

TO: (Name and address of Defendant)

Health Assurance, LLC
Corporate Office
Methodist Medical Center North
5903 Ridgewood Road, Suite 320
Jackson, MS 39211

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

**Michael W. Crosby (MS Bar No. 7888)
2111 25th Avenue
Gulfport, Mississippi 39501
telephone: 228-863-0313/fax: 228-865-0337**

an answer to the complaint which is served on you with this summons, within **20** days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. T. NOBLIN                                                        4/7/06

CLERK                                                                   DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__SOUTHERN__ District of __MISSISSIPPI__

ESTATE OF JESSIE LEE WILLIAMS, JR.

V.

HARRISON COUNTY, MISSISSIPPI, ET AL.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: __1:06cv196LG-RHW__

TO: (Name and address of Defendant)

**AMERICAN CORRECTIONAL ASSOCIATION**

C/O Executive Director James A. Goudles, Jr.    **OR**    President Gwendolyn C. Chunn
4380 Forbes Boulevard                                                4380 Forbes Boulevard
Lanham, Maryland 20706-4322                                Lanham, Maryland 20706-4322

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Michael W. Crosby (MS Bar No. 7888)
2111 25th Avenue
Gulfport, Mississippi 39501
telephone: 228-863-0313/fax: 228-865-0337

an answer to the complaint which is served on you with this summons, within ____**20**____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. T. NOBLIN
CLERK

(By) DEPUTY CLERK

DATE  4/7/06

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

SOUTHERN District of MISSISSIPPI

ESTATE OF JESSIE LEE WILLIAMS, JR.

V.

HARRISON COUNTY, MISSISSIPPI, ET AL.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: **1:06cv196LG-RHW**

TO: (Name and address of Defendant)

**OFFICER KELLY KNIGHT
2220 15TH STREET
GULFPORT, MS 39502**

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Michael W. Crosby (MS Bar No. 7888)
2111 25th Avenue
Gulfport, Mississippi 39501
telephone: 228-863-0313/fax: 228-865-0337

an answer to the complaint which is served on you with this summons, within **20** days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. T. NOBLIN                                    4/7/06

CLERK                                           DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

SOUTHERN District of MISSISSIPPI

ESTATE OF JESSIE LEE WILLIAMS, JR.

**SUMMONS IN A CIVIL ACTION**

V.

HARRISON COUNTY, MISSISSIPPI, ET AL

CASE NUMBER: **1:06cv196LG-RHW**

TO: (Name and address of Defendant)

Captain Phil Taylor
Training Director
Harrison County Adult Detention Center
Harrison County Sheriff's Department
10451 Larkin I. Smith Road
Gulfport, MS 39503

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

**Michael W. Crosby (MS Bar No. 7888)**
**2111 25th Avenue**
**Gulfport, Mississippi 39501**
**telephone: 228-863-0313/fax: 228-865-0337**

an answer to the complaint which is served on you with this summons, within **20** days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. T. NOBLIN

CLERK

(By) DEPUTY CLERK

DATE 4/7/06

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

SOUTHERN District of MISSISSIPPI

ESTATE OF JESSIE LEE WILLIAMS, JR.

**SUMMONS IN A CIVIL ACTION**

V.

HARRISON COUNTY, MISSISSIPPI, ET AL

CASE NUMBER: **1:06cv196LG-RHW**

TO: (Name and address of Defendant)

MAJOR DIANNE GASTON-RILEY
DIRECTOR OF CORRECTIONS
HARRISON COUNTY ADULT DETENTION FACILITY
10451 LARKIN I. SMITH ROAD
GULFPORT, MS 39503

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

**Michael W. Crosby (MS Bar No. 7888)**
**2111 25th Avenue**
**Gulfport, Mississippi 39501**
**telephone: 228-863-0313/fax: 228-865-0337**

an answer to the complaint which is served on you with this summons, within ___**20**___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. T. NOBLIN

CLERK

(By) DEPUTY CLERK

4/7/06

DATE

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

SOUTHERN  District of  MISSISSIPPI

ESTATE OF JESSIE LEE WILLIAMS, JR.

**SUMMONS IN A CIVIL ACTION**

V.

HARRISON COUNTY, MISSISSIPPI, ET AL

CASE NUMBER: **1:06cv196LG-RHW**

TO: (Name and address of Defendant)

CAPTAIN RICK GASTON
BOOKING SUPERVISOR
HARRISON COUNTY ADULT DETENTION FACILITY
10451 LARKIN I. SMITH ROAD
GULFPORT, MS 39503

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Michael W. Crosby (MS Bar No. 7888)
2111 25th Avenue
Gulfport, Mississippi 39501
telephone: 228-863-0313/fax: 228-865-0337

an answer to the complaint which is served on you with this summons, within **20** days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. T. NOBLIN                                   4/7/06

CLERK                                          DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

SOUTHERN District of MISSISSIPPI

ESTATE OF JESSIE LEE WILLIAMS, JR.

**SUMMONS IN A CIVIL ACTION**

V.

HARRISON COUNTY, MISSISSIPPI, ET AL

CASE NUMBER: **1:06cv196LG-RHW**

TO: (Name and address of Defendant)

Officer Leah Richardson
Harrison County Sheriff's Department
Harrison County Adult Detention Center
10451 Larkin I. Smith Road
Gulfport, MS 39503

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

**Michael W. Crosby (MS Bar No. 7888)**
**2111 25th Avenue**
**Gulfport, Mississippi 39501**
**telephone: 228-863-0313/fax: 228-865-0337**

an answer to the complaint which is served on you with this summons, within _____**20**_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. T. NOBLIN                                        4/7/06
CLERK                                               DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

SOUTHERN District of MISSISSIPPI

ESTATE OF JESSIE LEE WILLIAMS, JR.

V.

HARRISON COUNTY, MISSISSIPPI, ET AL.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: **1:06cv196LG-RHW**

TO: (Name and address of Defendant)

**Leo DeGeorge**
**Harrison County Sheriff's Department**
**Harrison County Adult Detention Facility**
**10451 Larkin L Smith Drive, Gulfport, MS 39501**

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

**Michael W. Crosby (MS Bar No. 7888)**
**2111 25th Avenue**
**Gulfport, Mississippi 39501**
**telephone: 228-863-0313/fax: 228-865-0337**

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. T. NOBLIN

4/7/06

CLERK                                       DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

SOUTHERN  District of  MISSISSIPPI

ESTATE OF JESSIE LEE WILLIAMS, JR.

**SUMMONS IN A CIVIL ACTION**

V.

HARRISON COUNTY, MISISSIPPI, ET AL.

CASE NUMBER: **1:06cv196LG-RHW**

TO: (Name and address of Defendant)

EVAN HUBBARD
Harrison County Sheriff's Deputy
Harrison County Adult Detention Center
10451 Larkin Smith Road
Gulfport, MS 39503

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Michael W. Crosby (MS Bar No. 7888)
2111 25th Avenue
Gulfport, Mississippi 39501
telephone: 228-863-0313/fax: 228-865-0337

an answer to the complaint which is served on you with this summons, within __**20**__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. T. NOBLIN                                                   4/7/06

CLERK                                                          DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

SOUTHERN            District of            MISSISSIPPI

ESTATE OF JESSIE LEE WILLIAMS, JR.

V.

HARRISON COUNTY, MISSISSIPPI, ET AL.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: **1:06cv196LG-RHW**

TO: (Name and address of Defendant)

**PAT OLSON**
**Medical Administrator**
**Harrison County Adult Detention Facility**
**10451 Larkin I. Smith Drive**
**Biloxi, MS 39503**

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Michael W. Crosby (MS Bar No. 7888)
2111 25th Avenue
Gulfport, Mississippi 39501
telephone: 228-863-0313/fax: 228-865-0337

an answer to the complaint which is served on you with this summons, within ___**20**___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. T. NOBLIN                                           4/7/06
CLERK                                                  DATE
(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

SOUTHERN District of MISSISSIPPI

ESTATE OF JESSIE LEE WILLIAMS, JR.

V.

HARRISON COUNTY, MISSISSIPPI, ET AL.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: **1:06cv196LG-RHW**

TO: (Name and address of Defendant)

**REGINA RHODES**
**Harrison County Sheriff's Department**
**Harrison County Adult Detention Facility**
**10451 Larkin I. Smith Drive**
**Gulfport MS 39503**

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Michael W. Crosby (MS Bar No. 7888)
2111 25th Avenue
Gulfport, Mississippi 39501
telephone: 228-863-0313/fax: 228-865-0337

an answer to the complaint which is served on you with this summons, within **20** days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. T. NOBLIN

CLERK

(By) DEPUTY CLERK

DATE 4/7/06

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

SOUTHERN          District of          MISSISSIPPI

ESTATE OF JESSIE LEE WILLIAMS, JR.

**SUMMONS IN A CIVIL ACTION**

V.

HARRISON COUNTY, MISISSIPPI, ET AL.

CASE NUMBER: **1:06cv196LG-RHW**

TO: (Name and address of Defendant)

MORGAN THOMPSON
Harrison County Sheriff's Deputy
Harrison County Adult Detention Center
10451 Larkin Smith Road
Gulfport, MS 39503

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

**Michael W. Crosby (MS Bar No. 7888)
2111 25th Avenue
Gulfport, Mississippi 39501
telephone: 228-863-0313/fax: 228-865-0337**

an answer to the complaint which is served on you with this summons, within ____**20**____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. T. NOBLIN                                          4/7/06

CLERK                                                 DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

SOUTHERN District of MISSISSIPPI

ESTATE OF JESSIE LEE WILLIAMS, JR.

V.

HARRISON COUNTY, MISSISSIPPI, ET AL.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: **1:06cv196LG-RHW**

TO: (Name and address of Defendant)

**JEREMY MOONEY HAM**
**Harrison County Sheriff's Department**
**Harrison County Adult Detention Facility**
**10451 Larkin L. Smith Drive**
**Gulfport MS 39503**

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Michael W. Crosby (MS Bar No. 7888)
2111 25th Avenue
Gulfport, Mississippi 39501
telephone: 228-863-0313/fax: 228-865-0337

an answer to the complaint which is served on you with this summons, within **20** days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. T. NOBLIN                                      4/7/06

CLERK                                             DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

SOUTHERN District of MISSISSIPPI

ESTATE OF JESSIE LEE WILLIAMS, JR.

V.

HARRISON COUNTY, MISSISSIPPI, ET AL.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: **1:06cv196LG-RHW**

TO: (Name and address of Defendant)

**RYAN TEEL**
**17610 Lakeview Rd**
**Saucier, MS 39574-7802**

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

**Michael W. Crosby (MS Bar No. 7888)**
**2111 25th Avenue**
**Gulfport, Mississippi 39501**
**telephone: 228-863-0313/fax: 228-865-0337**

an answer to the complaint which is served on you with this summons, within **20** days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. T. NOBLIN                                        4/7/06

CLERK                                               DATE

(By) DEPUTY CLERK