AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

SOUTHERN _____ District of _____ MISSISSIPPI

Estate of Jessie Lee Williams, Jr.

**SUMMONS IN A CIVIL ACTION**

Versus

CASE NUMBER: **1:06cv196LG-RHW**

Harrison County, Mississippi *et al.*

TO: (Name and address of Defendant)

**AMERICAN CORRECTIONAL ASSOCIATION**

**C/O Executive Director James A. Goudles, Jr.** **OR**
**206 North Washington Street. Suite 200**
**Alexandria, VA 22314**

**President Gwendolyn C. Chunn**
**206 North Washington St Suite 200**
**Alexandria, VA 22314**

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Michael W. Crosby (MS Bar No. 7888)
2111 25th Avenue
Gulfport, Mississippi 39501
telephone: 228-863-0313/fax: 228-865-0337

an answer to the complaint which is served on you with this summons, within _____**20**_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. T. NOBLIN

6/16/06

CLERK

DATE

(By) DEPUTY CLERK